UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

JOHN WESLEY GOVAN,           )
                             )
       Plaintiff       )
                             )
vs.                          )   Case No. 1:06-cv-01797-KOB-HGD
                             )
JERRY STUDDARD, et al.,      )
                             )
       Defendants      )

## **ORDER**

The magistrate judge filed a report and recommendation on August 22, 2007, recommending that the plaintiff's claims against the Talladega County Commission and his claims on behalf of his family members be dismissed. It was further recommended that plaintiff's Fourth Amendment claim against Defendants Studdard, John Doe Talladega County Deputies and Task Force, and other unknown law enforcement officials be referred to the magistrate judge for further proceedings. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate

judge's recommendation is ACCEPTED. It is therefore ORDERED, ADJUDGED, and DECREED that all of the plaintiff's claims in this action EXCEPT his Fourth Amendment claim against Defendants Studdard, John Doe Talladega County Deputies and Task Force, and other unknown law enforcement officials are DISMISSED pursuant to 28 U.S.C. § 1915A(b). It is further ORDERED that the plaintiff's Fourth Amendment claim against Defendants Studdard, John Doe Talladega County Deputies and Task Force, and other unknown law enforcement officials is REFERRED to the magistrate judge for further proceedings.

    DONE this 18th day of September, 2007.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE